IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )
        v.                       ) Criminal No. 05-208
                                 )
JEREMY HAMM,                     )
        Defendant.               )

ORDER

AND NOW, this 14th day of JuLY, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered August 18, 2005, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, July 27, 2006 at 2 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the pretrial conference, scheduled for September 15, 2006 and jury selection and trial, scheduled for October 2, 2006, are hereby cancelled.

BY THE COURT:

_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Scott W. Brady,
      Assistant United States Attorney

      Marketa Sims,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation