AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Jeremy Hamm | |

Case No. 2:05-cr-00208-001

USM No. #08615-068

Marketa Sims, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1    of the term of supervision.

☐ was found in violation of condition(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall participate in ta mental health treatment program approved by the probation officer. The defendant shall remain in any such program until he is released from it probation officer | 09/01/2010 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0157

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Pittsburgh, PA

11/04/2010
Date of Imposition of Judgment

Signature of Judge

Gary L. Lancaster,          Chief U.S. Judge
Name and Title of Judge

11/4/10
Date

DEFENDANT: Jeremy Hamm
CASE NUMBER: 2:05-cr-00208-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Six (6) months, to run concurrently with the period of incarceration imposed on this date on the defendant at this court's Criminal Nos. 06-258 and 09-263, with no supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

While incarcerated, the defendant should be provided mental health treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL